THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. GEORGE MCDONALD, Appellant.

Submitted October 11, 1939; decided October 30, 1939.

*George McDonald,* appellant, in person.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.

In the Matter of EMANUEL GOLDBERG, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 30, 1939; decided October 30, 1939.

*Walter M. Weis* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Russell Lord Tarbox* of counsel), for Board of Elections, respondent.

*John T. Dooling* for Edward J. Ferguson, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.

In the Matter of ALICE C. COGHLAN, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 30, 1939; decided October 30, 1939.